IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ESTELLA MOORE,              )
                              )
     Plaintiff,          )
                              )
     v.                 )      CASE NO. 2:24-CV-00648-BL-CWB
                              )
LAKEVIEW LOAN SERVICING,   )
LLC, et. al.,         )
                              )
     Defendants.    )

## **ORDER**[1]

On October 23, 2025, the Magistrate Judge recommended that the court dismiss the Plaintiff's case for failure to cure deficiencies and abide by the orders of this court. (Doc. 111). The Magistrate Judge set November 6, 2025, as the deadline for the Plaintiff to file objections to the recommendation. (Doc. 111). To date, the court has received no objections from the Plaintiff, nor has anything been filed to cure the deficiencies.[2]

---

[1] The above-styled case was reassigned to the undersigned District Judge on November 12, 2025.

[2] The Plaintiff filed a Notice of Change of Address on December 23, 2025. (Doc. 116). The Magistrate Judge ordered the Report and Recommendation to be resent to the Plaintiff's updated address on December 29, 2025. (Doc. 117). The Plaintiff filed a "Notice of Ineffective Service, Defective Delivery Point, and Record of Clarification (Record Clarification Only)," on February 2, 2026. (Doc. 118). The Plaintiff filed an additional Notice of Change of Address on February 20, 2026. (Doc. 119). The Plaintiff's filings reflected the amended case number with the undersigned District Judge's initials.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to dismiss this action with prejudice for failure to cure deficiencies and abide by the orders of this court. The court will enter a separate final judgment dismissing this action.

**DONE** and **ORDERED** on this the 17th day of April, 2026.

BILL LEWIS
UNITED STATES DISTRICT JUDGE